## Richmond

Fannie Lou Harman Collins, Et Al. v. Pulaski County, Et Al.

October 12, 1959.

Record No. 5074.

Present, All the Justices.

*Ted Dalton* and *James C. Turk,* for the plaintiffs in error.

*John M. Goldsmith* and *Robert S. Irons,* for the defendants in error.

Per Curiam: This case is controlled by the decision rendered at the September, 1959, session of this court in the case of *Fannie Lou Harman Collins* v. *Pulaski County, et al.,* 201 Va. 164, 110 S. E. 2d 184, and for the reasons therein stated the judgment below is reversed and the case is remanded for further proceedings therein consistent with the opinion in this case.

*Reversed and remanded.*